UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK STEIN,

        Petitioner,

v.

SCOTT FRAKES,

        Respondent.

Case No. C09-5006RBL

ORDER GRANTING I.F.P. APPLICATION

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 28th day of January, 2009.

        */s/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER
Page - 1