UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK STEIN,

                Petitioner,

      v.

SCOTT FRAKES,

                Respondent.

Case No. C09-5006RBL

ORDER FOR SERVICE AND
RETURN, § 2254 PETITION

(l) The clerk shall arrange for service by certified mail upon respondent and the Attorney General for the State of Washington, copies of the fifteen (15) page Petition that was submitted along with Petitioner's application to proceed in forma paupers. The Attorney General has access to all documents filed by Petitioner in support of the petition through the court's electronic filing system, and therefore these do not have to be served with the Petition.

All costs of service shall be advanced by the United States. The Clerk shall assemble the necessary documents to effect service. In addition, the Clerk shall send petitioner a copy of this Order, along with a copy of the Court's General Order regarding *pro se* litigation.

(2) Within forty-five (45) days after such service, respondent(s) shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts. As part of such answer, respondent(s) should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse or delay under Rule 9. Respondent shall not file a dispositive motion in place of an answer without first showing cause

ORDER
Page - 1

1 as to why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of the Court and
2 serve a copy of the answer upon petitioner.

(3) The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent my file and serve a reply brief  not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 28th day of January, 2009.

/s/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge