# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JACK K. STEIN,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT FRAKES,<br><br>    Respondent. | CASE NO. C09-5006RBL<br><br>ORDER |

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, [Dkt. # 109], the Response thereto [Dkt. # 112], and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition for writ of habeas corpus is DENIED; and

(3) The Clerk is directed to send copies of this Order to petitioner and to counsel for respondent.

DATED this 2nd day of October, 2009.

                _____
                RONALD B. LEIGHTON
                United States District Judge