# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK K. STEIN

v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5006RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition for writ of habeas corpus is DENIED.


October 2, 2009                                         BRUCE RIFKIN
Date                                                    Clerk


                                                        *s/CM Gonzalez*
                                                        Deputy Clerk