HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK K. STEIN,

    Petitioner,

v.

SCOTT FRAKES, Supt.,

    Respondent.

Case No. C09-5006RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Notice of Appeal [Dkt. #127] and Amended Notice of Appeal [Dkt. #130]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On October 2, 2009 the Court entered an Order and Judgment dismissing Petitioner's habeas corpus action. [Dkt. #'s 114, 115]. On October 8, 2009 Petitioner filed a Motion for Reconsideration of the Court's dismissal of his petition and on October 22, 2009 filed a Notice of Appeal which he amended on October 23, 2009. [Dkt. #'s 118, 127, 130]. On October 26, 2009 the Court granted Petitioner's Motion for Reconsideration and re-referred the matter to Magistrate Judge J. Richard Creatura [Dkt. #122].

Although the Court granted Petitioner's Motion for Reconsideration and vacated the Judgment, the Notice of Appeal obligates this Court to decide whether a Certificate of Appealability should issue. Because Petitioner filed a Notice of Appeal the Clerk must process it and cannot do so until the Court

ORDER
Page - 1

rules on the issuance of a Certificate of Appealability.

The Judgment has been vacated and the petition reopened; therefore, Petitioner does not yet have an appealable order which requires a Certificate of Appealability. For this reason, the Court declines to issue a Certificate of Appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 9th day of December, 2009.

                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE