HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK K. STEIN,

              Petitioner,

        v.

SCOTT FRAKES, Supt.,

              Respondent.

Case No. C09-5006RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Objection [Dkt. #162] to Magistrate Judge J. Richard Creatura's Order denying bail pending the outcome of the underlying petition for writ of habeas corpus, denying Petitioner's motion to expedite, and responding to several of Petitioner's many letters. [Dkt. #156]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Petitioner's request for bail and motion to expedite the filing of Respondent's Answer were both properly denied by the Magistrate Judge. Furthermore, the Magistrate Judge's admonition to Petitioner regarding the filing of serial letters was appropriate. Therefore, Petitioner's Objection [Dkt. #162] is not well-taken and is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 8th day of January, 2010.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page - 2