HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK K. STEIN,

    Petitioner,

v.

SCOTT FRAKES, Supt.,

    Respondent.

Case No. C09-5006RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for Reconsideration [Dkt. #170] of this Court's Order denying his objection to a previous Order of Magistrate Judge J. Richard Creatura. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under CR7(h), Local Rules W.D. Wash., motions for reconsideration are disfavored and will be ordinarily denied in the absence of a showing of manifest error in the Court's prior ruling or a showing of new facts or legal authority. This standard has not been met in this case and the Court will not reconsider its prior Order [Dkt. #165]. Petitioner's Motion for Reconsideration [Dkt. #170] is **DENIED.**

**IT IS SO ORDERED.**

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2  appearing pro se.
3  Dated this 4th day of February, 2010.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE