# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK K. STEIN

JUDGMENT IN A CIVIL CASE

v.

SCOTT FRAKES

CASE NUMBER: C09-5006RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The petition for writ of habeas corpus is DENIED; and

(3) The Court declines to issue a certificate of appealability.

| April 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk