1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

JACK K. STEIN,

11

Petitioner,

Case No. C09-5006RBL

12

v.

ORDER

13

SCOTT FRAKES, Supt.,

14

Respondent.

15

16

17     THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for

18  Reconsideration [Dkt. #192].  Having considered the entirety of the records and file herein, the Court

19  finds and rules as follows:

20     Pursuant to CR 7(h)(1), Local Rules W.D. Wash., motions for reconsideration are disfavored, and

21  will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or

22  legal authority which could not have been brought to the attention of the court earlier, through reasonable

23  diligence.  Plaintiff has not made the requisite showing as to either of the grounds for reconsideration

24  under CR 7(h)(1).  Plaintiff's Motion for Reconsideration is **DENIED.**

25     The Court will accept no further motions, requests, or any further filings except a Notice of

26  Appeal to the United States Court of Appeals in this closed case.

27     **IT IS SO ORDERED.**

28

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party

2    appearing pro se.

3    Dated this 15th day of April, 2010.

4

5    RONALD B. LEIGHTON

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28